NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
MELISSA BRIGGS (California Bar no. pending)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6165
    Facsimile: (213) 894-0115
    E-mail: melissa.briggs2@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT C. ST. PETER, SCOTT ST. PETER dba CARERRA 6, SELECT PORTFOLIO SERVICING, RUSNAK PASADENA, STATE OF CALIFORNIA FRANCHISE TAX BOARD, STATE OF CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, MATTERHORN FINANCIAL SERVICES, CHRISTOPHER ANAZALONE, AND ELAVON INC.,<br><br>    Defendants. | No.  2:18-cv-02644<br><br>Complaint to Reduce Federal Tax Assessments to Judgment and to Foreclose Federal Tax Liens on Real Property |

**COMPLAINT**

The United States of America alleges as follows:

1. This is a civil action to (a) reduce to judgment federal tax assessments against defendant Scott C. St. Peter, also known as Scott St. Peter dba Carerra 6,

1  (taxpayer), and (b) to foreclose federal tax liens against the real property described
2  below.
3      2.   This action is brought at the direction of the Attorney General of the United
4  States and at the request of and with the authorization of the Chief Counsel of the
5  Internal Revenue Service, a delegate of the Secretary of the Treasury, pursuant to 26
6  U.S.C. §§ 7401 and 7403.
7      3.   This Court has jurisdiction over this action pursuant to 26 U.S.C. § 7402
8  and 28 U.S.C. §§ 1340 and 1345.
9      4.   Venue for the action is within the Central District of California under 28
10 U.S.C. § 1396 because this is a civil action for the collection of internal revenue taxes
11 and the taxpayer is an individual who resides within this district in Pasadena, California,
12 and 28 U.S.C. § 1391(b) because the property that is the subject of this foreclosure
13 action is located in this district.
14     5.   The real property against which the United States seeks to foreclose its tax
15 liens (the subject property) is located in the City of Pasadena, County of Los Angeles,
16 State of California, parcel number 5750-010-006, and is legally described as:
17         Lot 32 of Tract 5854, as per map recorded in Book 99 Pages 99 and 100 of
18         Maps, in the office of the County Recorder of said County.
19     6.   Scott C. St. Peter owns the subject property as a single man via grant deed
20 recorded December 21, 1994.
21     7.   Select Portfolio Servicing is named as a defendant to this action because it
22 may have an interest in the subject property by virtue of a first deed of trust.
23     8.   Rusnak Pasadena, California Franchise Tax Board, California Employment
24 Development Department, Matterhorn Financial Services, Christopher Anazalone, and
25 Elavon Inc. are named as defendants in this action because they may be lienholders with
26 respect to the subject property.
27
28

# COUNT I

## Claim to reduce federal tax assessments to judgment

9. On July 27, 2009, the Internal Revenue Service (IRS) assessed federal income taxes (1040) against Scott C. St. Peter for the 2004, 2006, and 2007 income tax years.

10. Despite notice and demand for payment, as of January 4, 2018, the balance due from the taxpayer for the income tax periods at issue was $256,868.93.

11. The IRS assessed employment taxes against Scott St. Peter dba Carerra 6 on the dates listed below:

| Kind of tax | Tax Period | Date(s) Assessed |
|---|---|---|
| 940 | 12/2003 | 07/16/2007 |
| 941 | 06/2004 | 02/19/2007 |
| 941 | 03/2006 | 09/14/2009 |
|  |  | 09/21/2009 |
| 941 | 06/2006 | 02/26/2007 |
|  |  | 09/21/2009 |
| 941 | 09/2006 | 09/14/2009 |
|  |  | 09/21/2009 |
| 941 | 12/2006 | 09/14/2009 |
|  |  | 09/21/2009 |
| 940 | 12/2006 | 09/14/2009 |
|  |  | 09/21/2009 |
| 941 | 03/2007 | 09/14/2009 |
|  |  | 09/21/2009 |
| 941 | 06/2007 | 09/14/2009 |
|  |  | 09/21/2009 |
| 941 | 09/2007 | 09/14/2009 |

| | | |
|---|---|---|
| 940 | 12/2007 | 09/14/2009 |
| | | 09/21/2009 |
| 941 | 12/2007 | 09/14/2009 |
| | | 09/21/2009 |
| 940 | 12/2008 | 02/18/2013 |
| 941 | 09/2011 | 06/11/2012 |
| 940 | 12/2011 | 02/18/2013 |
| 941 | 12/2011 | 04/30/2012 |

12. Despite notice and demand for payment, as of January 4, 2018, the balance due from taxpayer for these employment tax periods is $213,241.98.

13. Penalties and interest continue to accrue as allowed by law.

14. 26 U.S.C. § 6502(a) provides a general 10-year statute of limitations on collection from the date a tax was assessed. All of the income tax periods at issue and all but three of the employment tax periods at issue were assessed less than ten years prior to the date of this action.

15. 26 U.S.C. § 6159(a) authorizes the IRS to enter into agreements in which a "taxpayer is allowed to make payment on any tax in installment payments." And 26 U.S.C. § 7122 authorizes the compromising of tax liability through offers-in-compromise. While an offer for an installment agreement or an offer-in-compromise is pending or in effect, and for 30 days after an installment agreement is rejected or terminated or an offer in compromise is rejected, 26 U.S.C. § 6331(k)(1) & (k)(2) prevents making a levy to collect the tax.

If an offer-in-compromise is returned to the taxpayer because the offer-in-compromise was nonprocessable, because the taxpayer failed to provide requested information, or because the IRS determined that the offer-in-compromise was submitted solely for purposes of delay, the levy is only prohibited during the time the offer-in-compromise is pending. 26 C.F.R. § 301.7122-1(g)(4). 26 U.S.C. § 6331(k)(3)(B)

incorporates the rule suspending the statute of limitations in § 6502 for periods in which making a levy is prohibited contained in § 6331(i)(5). Accordingly, the statute of limitations period for collection is extended for any period in which an offer for an installment agreement or offer-in-compromise is pending or in effect and for thirty days after an offer-in-compromise is rejected or an installment agreement is rejected or terminated.

16. The statute of limitations was extended for the following periods in which the taxpayer had an installment agreement or offer-in-compromise pending or in effect plus thirty days after the installment agreement was terminated, rendering this complaint timely to those periods as follows:

- An installment agreement was in effect on 03/06/2009 and terminated on 11/05/2009. (244 days + 30 days = 274 days).
- An offer-in-compromise was pending on 05/18/2012 and returned on 10/12/2012. (147 days).
- An offer-in-compromise was pending on 02/22/2013 and returned on 05/09/2013. (76 days).
- An offer-in-compromise was pending on 11/20/2013 and returned on 02/26/2014. (98 days).

a. Employment taxes (941) for 12/2003 were assessed on 07/16/2007. The statute of limitations was extended for a total of 595 days (274 + 147 + 76 + 98), extending the period for collection from 07/16/2017 until 03/03/19.

b. Employment taxes (941) for 06/2004 were assessed on 02/19/2007. The statute of limitations was extended for a total of 595 days, extending the period for collection from 02/19/2017 until 10/07/2018.

c. Employment taxes (941) for 06/2006 were assessed on 02/26/2007. The statute of limitations was extended for a total of 595 days, extending the period for collection from 02/26/2017 until 10/14/2018.

17. Accordingly, the United States is entitled to judgment against the taxpayer for $470,110.91 in unpaid taxes, plus interest and statutory additions thereon as provided by law from the date of each assessment, including all lien fees and collection costs incurred before or after the filing of this complaint.

## COUNT II

### Claim to foreclose federal tax liens

18. The allegations made in the preceding paragraphs in this complaint are incorporated by reference.

19. Pursuant to 26 U.S.C. §§ 6321 and 6322, liens for the unpaid tax liabilities arose in favor of the United States against all property and rights to property owned by the taxpayer as of the date the taxes were assessed.  Those liens have continued to be present without interruption and have not been released or discharged.

20. The Internal Revenue Service filed notices of federal tax lien in the Recorder's Office, Los Angeles, County, California, against the taxpayer for the liabilities set forth above as follows:

| Kind of tax | Tax Period | Recorded | Lien Number | Amount |
|---|---|---|---|---|
| 941 | 06/2006 | 06/04/2007 | 20071341666 | $8,964.07 |
| 941 | 03/2006 | 11/06/2009 | 20091674545 | $21,073.47 |
| 941 | 09/2006 | 11/06/2009 | 20091674545 | $18,451.59 |
| 941 | 12/2006 | 11/06/2009 | 20091674545 | $13,732.13 |
| 941 | 03/2007 | 11/06/2009 | 20091674545 | $9,404.91 |
| 941 | 06/2007 | 11/06/2009 | 20091674545 | $6,708.20 |
| 941 | 09/2007 | 11/06/2009 | 20091674545 | $9,052.64 |
| 941 | 12/2007 | 11/06/2009 | 20091674545 | $9,753.11 |

| | | | | |
|---|---|---|---|---|
| 940 | 12/2006 | 11/06/2009 | 20091674546 | $4,476.41 |
| 940 | 12/2007 | 11/06/2009 | 20091674546 | $3,272.66 |
| 1040 | 2004 | 03/31/2010 | 20100433492 | $78,426.18 |
| 1040 | 2006 | 03/31/2010 | 20100433492 | $79,169.73 |
| 1040 | 2007 | 03/31/2010 | 20100433492 | $11,089.41 |
| 941 | 06/2006 (refiled) | 09/23/2016 | 20161159776 | $18,516.09 |
| 940 | 12/2003 | 09/26/2016 | 20161185508 | $4,422.63 |
| 940 | 12/2008 | 11/09/2016 | 20161400445 | $799.55 |
| 940 | 12/2011 | 11/09/2016 | 20161400445 | $710.53 |
| 941 | 06/2004 | 11/09/2016 | 20161400445 | $45,749.64 |
| 941 | 09/2011 | 11/09/2016 | 20161400445 | $420.45 |
| 941 | 12/2011 | 11/09/2016 | 20161400445 | $297.94 |
| 940 | 12/2003 (refiled) | 08/04/2017 | 20170882283 | $4,244.63 |

Copies of the federal tax liens, with personal identifying information redacted, are attached as Exhibit A to this complaint.

21. The taxpayer has an interest in the subject property through a grant deed recorded with the Recorder's Office, Los Angeles County, California on December 21, 1994, instrument no. 94-2249388.

22. The following entities may have an interest in the subject property:

| Entity | Type of Interest | Recording Date | Document Number |
|---|---|---|---|
| Select Portfolio Servicing | Deed of Trust | 03/26/2004 | 040718688 |
| Rusnak Pasadena | Judgment Lien | 04/13/2007 | 20079893476 |
| State of California Franchise Tax Board | Notice of State Tax Lien | 02/03/2009 | 20090145555 |

7

| State of California Employment Development Department | Notice of State Tax Lien | 04/11/2011 | 20110522780 |
|---|---|---|---|
| Matterhorn Financial Services | Judgment Lien | 09/22/2008 | 20081703315 |
| Christopher Anazalone | Judgment Lien | 05/13/2013 | 20130746463 |
| Elavon, Inc. | Judgment Lien | 08/21/2014 | 20140877634 |

23. Under 26 U.S.C. § 7403, the United States is entitled to foreclose its federal tax liens on the subject property and apply the proceeds to the outstanding federal tax assessments against the taxpayer.

WHEREFORE, the plaintiff, United States of America, requests the Court to:

A. Enter judgment in favor of the United States and against the taxpayer in the amount of $470,110.91, plus interest and statutory additions thereon as provided by law from the date of each assessment, including all lien fees and collection costs incurred before or after the filing of this Complaint;

B. Foreclose the federal tax liens against the taxpayer's property interest in the subject property;

C. Order the sale of the subject property;

D. Determine the interest and relative priorities of the parties in the subject property;

E. Order distribution of the proceeds from the sale of the subject property to the parties according to their interests and priorities; and

F. Order any further relief it deems just and appropriate.

Dated: April 2, 2018

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

　　/s/Melissa Briggs
Melissa Briggs
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA